

**FILED**
8/23/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Leroy McCambry

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County Sheriff's
Selby/Shelby
Kim
Mamaat
Meraz

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
<u>use "et al."</u>

**RECEIVED**

JUL 2 0 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No: 16 C 5602 - Virginia M. Kendall
(To be supplied by the <u>Clerk</u> of this Court)

**CHECK ONE ONLY:**  **AMENDED COMPLAINT**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

　A.　Name: Leroy McCambry

　B.　List all aliases: N/A

　C.　Prisoner identification number: 2015-1006047

　D.　Place of present confinement: Cook County Jail

　E.　Address: 2600 S. California Chicago Il. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

　A.　Defendant: Selby/Shelby
　　　Title: Cook County Sheriff
　　　Place of Employment: Cook County Jail

　B.　Defendant: Kim
　　　Title: Cook County Sheriff
　　　Place of Employment: Cook County Jail

　C.　Defendant: MAMAAT
　　　Title: Cook County Sheriff
　　　Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Virginia M Kendall cas no - 16 C 5602

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: Shelby/selby - Kim - Mamaat - meraz

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Cook County

F. Name of judge to whom case was assigned: Virginia M Kendall

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Claim - Now during the time that I wrote a grievence until the time I recieved a grievence respond I told officer shelby/selby several times that my sink doesn't work, and all he would say is that he entered a work order, I also asked several times to be moved. Shelby/selby was our officer working the 90 at the time so he was very familiar with the issue, also officer's Kim, Mamgat, and muraz those are officers that I remember, they were officer's that were working the 90 at the time and I don't know there full names. Each officer I named when I would complain about my sink, they would either say that they got a work order on it or sometimes let me get water from water fountain, but not all the time. After that I never refused to go in cell because they said they entered work order so I was seeing how long it would take to come. I thought they would fix pronto. They never fix it that's when I refused lockup that how I got moved. Now officer shelby/selby was the main officer who knew about the situation, because he's the one entered a work order I would complain to him daily, and all he would do is say that he entered a work order, or let me get water from water fountain but not all the time. As I ask to be moved and he would say he can't move me, that's when I said I'm going to refuse, which

I did, and that's when the white shirt came and finally moved us because I refused to go back in that cell. I wrote grievence on on sink not working and the response was work order entered, but still I sat in cell 2 weeks with no water, while Shelby/Selby, Merez, Mamaat, Kim, and a few other officers knew of my situation, all they did was let me get water from fountain from time to times, but they never moved me when I asked. This all started on feb 29 2016 when I push the button on sink in my cell and the water wasn't working. I was dehydrated and couldn't wash my hands after I used the bathroom. I wrote a grievence on march 7 and recieved a response a week later saying work ordered entered. During the time from when I wrote a grievence until white shirt finally moved me I complain to officer (shelby/selby I don't know his full name,) several times and he would only say he entered a work order I would ask to be moved and he said he can't move me. I never pushed the issue from there because I thought by him entering a work order they would come and fix it, but he never did. So finally I refused and asked for a white shirt, and finally got moved. Sole defedant (shelby/selby)

Terry McCarthy
Case No. 16 C 5602 Judge - Virginia M. Kendall

Revised 9/2007

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like for Monetary Compensation in the amount of 50 thousand dollars for unnecessary pain and suffering.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 4 day of July, 20 2016

Leroy McCambry
(Signature of plaintiff or plaintiffs)

Leroy McCambry
(Print name)

2015-1006047
(I.D. Number)

P.O Box 089002
Chicago Il. 60608
(Address)

Revised 9/2007